IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANITEC INDUSTRIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SANITEC WORLDWIDE, LTD., )<br>JEFFREY J. WEINSTEN, and )<br>JAMES H. SMITH, )<br>)<br>Defendants. ) | Civil Action No. 04-1386-JJF |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Plaintiff Sanitec Industries, Inc., by its undersigned attorneys, pursuant to Local Rule 83.5 and the attached certifications, moves the admission *pro hac vice* of Richard J. Oparil of Patton Boggs LLP, on plaintiff's behalf. In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney is being submitted to the Clerk's Office with this motion.

March 7, 2005           THE BAYARD FIRM

                        _____
                        Richard D. Kirk (Bar I.D. 922).
                        222 Delaware Avenue, 9th floor
                        Wilmington, DE 19801
                        (302) 655-5000
                        rkirk@bayardfirm.com

                        *Attorneys for Plaintiff Sanitec Industries, Inc.*

*Of Counsel:*

Richard J. Oparil
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000

and

578415v1

Jennifer L. King
PATTON BOGGS LLP
8484 Westpark Drive
McLean, VA 22102
(703) 744-8000

                SO ORDERED, this _____ day of March, 2005.

                _____
                United States District Judge

578415v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: March 3, 2005

Richard J. Oparil
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC  20037
(202) 457-6000

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on March 7, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following

> David L. Finger, Esq.
> Finger & Slanina
> One Commerce Center
> 1201 Orange Street, Suite 725
> Wilmington, DE 19801

*/s/ Richard D. Kirk*
Richard D. Kirk (#922)

572437v1