IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANITEC INDUSTRIES, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-1386 JJF |
| | : |
| SANITEC WORLDWIDE, LTD., | : |
| JEFFREY J. WEINSTEN, and | : |
| JAMES H. SMITH, | : |
| | : |
| Defendants. | : |

O R D E R

At Wilmington, this 7 day of July 2005, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that the Motion To Dismiss Defendants Jeffrey J. Weinsten and James H. Smith for Lack of Personal Jurisdiction (D.I. 10-2) filed by Defendants Sanitec Worldwide, Ltd., Jeffrey J. Weinsten, and James H. Smith is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE