IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SANITEC INDUSTRIES, INC.,              :
                                       :
        Plaintiff,                     :
                                       :
    v.                                 :  Civil Action No. 04-1386 JJF
                                       :
SANITEC WORLDWIDE, LTD.,                :
                                       :
        Defendant.                     :

## O R D E R

IT IS HEREBY ORDERED that:

1.  A Status/Scheduling Conference will be held on **Thursday, August 4, 2005, at 3:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2.  Parties shall use the attached form of order for the purpose of preparing for the conference.

3.  The parties shall direct any requests or questions regarding the scheduling and management of the above matter to Case Manager Debbie Krett at (302) 573-6168.


July 11, 2005                          _____
   DATE                                 UNITED STATES DISTRICT JUDGE