UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANITEC INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1386-JJF |
| | ) | |
| SANITEC WORLDWIDE, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of Plaintiff Sanitec Industries, Inc.'s Initial Disclosures Pursuant to Fed.R.Civ.P. 26(a)(1) were served upon the following counsel on the date and in the manner indicated:

VIA EFILE AND HAND DELIVERY ON AUGUST 5, 2005:

David L. Finger, Esq.
Finger & Slanina
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801

August 5, 2005              THE BAYARD FIRM

/s/ Richard D. Kirk
Richard D. Kirk (Bar ID #922)
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801
(302) 655-5000

*Attorneys for Plaintiff Sanitec Industries, Inc.*

596925v1

*Of Counsel:*

Richard J. Oparil
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000

and

Jennifer L. King
PATTON BOGGS LLP
8484 Westpark Drive
McLean, VA 22102
(703) 744-8000

596925v1

- 2 -