UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANITEC INDUSTRIES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 04-1386-JJF |
| SANITEC WORLDWIDE, LTD., | ) ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 8, 2005, copies of PLAINTIFF SANITEC INDUSTRIES, INC.'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT were served as shown:

BY EFILING AND BY HAND:
David L. Finger, Esq.
Finger & Slanina
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801

THE BAYARD FIRM

/s/ Richard D. Kirk
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardfirm.com
*Attorneys for Plaintiff Sanitec Industries, Inc.*

*Of Counsel:*

Richard J. Oparil
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000

Jennifer L. King
PATTON BOGGS LLP
8484 Westpark Drive
McLean, VA 22102
(703) 744-8000

596925v1