IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANITEC INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 04-1386 JJF |
| SANITEC WORLDWIDE, LTD., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on this 5th day of October, 2005, a copy of Defendant's Response to Plaintiff's First Request for the Production of Documents and Things to Defendant was served via first class mail, postage prepaid, on the below listed counsel of record:

        Richard D. Kirk, Esq.
        The Bayard Firm
        222 Delaware Avenue, 9th fl.
        P.O. Box 25130
        Wilmington, DE 19899

        Richard J. Oparil, Esq.
        Patton Boggs LLP
        2550 M Street, NW
        Washington, DC 20037

        /s/ David L. Finger
        David L. Finger (DE Bar ID #2556)
        Finger & Slanina, LLC
        One Commerce Center
        1201 Orange Street, Suite 725
        Wilmington, DE 19801-1155
        (302) 884-6766

Dated: October 5, 2005