UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANITEC INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1386-JJF |
| | ) | |
| SANITEC WORLDWIDE, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 15, 2005, copies of 1) PLAINTIFF'S INTERROGATORIES TO DEFENDANT and 2) PLAINTIFF'S REQUESTS FOR ADMISSION TO DEFENDANT were served as shown:

BY EFILING AND BY HAND:
David L. Finger, Esq.
Finger & Slanina
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardfirm.com
*Attorneys for Plaintiff Sanitec Industries, Inc.*

*Of Counsel:*

Richard J. Oparil
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000

Jennifer L. King
PATTON BOGGS LLP
8484 Westpark Drive
McLean, VA 22102
(703) 744-8000

596925v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on November 15, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following

>David L. Finger, Esq.
>Finger & Slanina
>One Commerce Center
>1201 Orange Street, Suite 725
>Wilmington, DE 19801

/s/ Richard D. Kirk (#922)

572437v1