# EXHIBIT 24

## CONSENT OF MAJORITY SHARHOLDER OF
## SANITEC WORLDWIDE, LTD. IN LIEU OF MEETING

The undersigned, being the majority shareholder of Sanitec Worldwide, Ltd., a Delaware corporation ("the Company"), hereby consents to the following in lieu of a meeting of the shareholders of the Company.

WHEREAS, a court of competent jurisdiction has determined that James Harkess owns the entire right, title and interest to Windsor Holdings LLC, a California limited liability company;

WHEREAS, Windsor Holdings LLC owns a majority of the shares of the Company;

WHEREAS, there are no validly elected members of the Board of Directors of the Company and such positions are vacant;

WHEREAS, the majority shareholder of the Company desires to elect Directors to fill the vacant positions;

NOW THEREFORE BE IT RESOLVED, the following persons are hereby elected as Directors of the Company for a one year term, effective July 12, 2005:

> James Harkess
> Russell Firestone
> Nord Sorensen

The foregoing action is taken by the shareholder of the Company holding outstanding stock having not less than the minimum number of votes that would be necessary to authorize or take such action at a meeting at which all shares entitled to vote thereon were present by written consent without a meeting pursuant to 8 Del. C. §§ 211, 228.

IN WITNESS WHEREOF, this written consent has been executed as of July 12, 2005.

WINDSOR HOLDINGS LLC
A California limited liability corporation

By _____
James Harkess
Its Sole and Managing Member

#3879048

# EXHIBIT 25

## CONSENT OF SHARHOLDER OF
## SANITEC, LTD. IN LIEU OF MEETING

The undersigned, being the sole shareholder of Sanitec, Ltd., a Delaware corporation ("the Company"), hereby consents to the following in lieu of a meeting of the shareholders of the Company.

WHEREAS, there are no validly elected members of the Board of Directors of the Company and such positions are vacant;

WHEREAS, the sole shareholder of the Company desires to elect Directors to fill the vacant positions;

NOW THEREFORE BE IT RESOLVED, the following persons are hereby elected as Directors of the Company for a one year term, effective July 12, 2005:

> James Harkess
> Russell Firestone
> Nord Sorensen

The foregoing action is taken by the shareholder of the Company holding outstanding stock having not less than the minimum number of votes that would be necessary to authorize or take such action at a meeting at which all shares entitled to vote thereon were present by written consent without a meeting pursuant to 8 Del. C. §§ 211, 228.

IN WITNESS WHEREOF, this written consent has been executed as of July 12, 2005.

SANITEC WORLDWIDE, LTD.,
A Delaware company

By _____
James Harkess
Chairman of the Board and President

#3879048

# EXHIBIT 26

## UNANIMOUS WRITTEN CONSENT OF THE
## BOARD OF DIRECTORS OF SANITEC WORLDWIDE, LTD.
## IN LIEU OF MEETING

The undersigned, being the Board of Directors of Sanitec Worldwide, Ltd., a Delaware corporation ("the Company"), hereby unanimously adopt the following resolutions in lieu of a meeting:

### Appointment of Officers

RESOLVED, that the following are hereby appointed as officers of the Company, effective July 12, 2005:

James Harkess Chairman of the Board of Directors and President

Russell Firestone        Vice President and Secretary

Nord Sorenson        Vice President

### General Authority

RESOLVED, that the officers of the Company be, and hereby are, authorized and directed to take any such action as may be deemed necessary and advisable in order to carry out the purpose and intent of the foregoing resolution and to carry on the business of the Company.

RESOLVED, that Jeffrey Weinsten, James H. Smith, and persons acting on their behalf have no connection with and not authorized to act on behalf of the Company.

### Ratification of Appointment of Counsel

RESOLVED, that the following counsel have been and are engaged and authorized to represent the Company, effective as of October 29, 2003:

Patton Boggs LLP
McDonald Hopkins Co., LPA
The Bayard Firm
Knott & Glazier LLP
Weston Benshoof et al.

RESOLVED, that no other counsel is authorized to represent the Company in any pending litigation.

RESOLVED, that James Harkess is authorized to direct the actions of counsel for the Company in any litigation in which the Company is or may become a party.

The foregoing actions are taken by the Board of Directors of the Company by unanimous written consent without a meeting pursuant to 8 Del. C. § 141(f).

The foregoing actions are taken by the Board of Directors of the Company by unanimous written consent without a meeting pursuant to 8 Del. C. § 141(f).

IN WITNESS WHEREOF, this written consent has been executed as of July 12, 2005.

_____
James Harkess

_____
Russell Firestone

_____
Nord Sorenson

#3879032

-2-

# EXHIBIT 27

## UNANIMOUS WRITTEN CONSENT OF THE
## BOARD OF DIRECTORS OF SANITEC, LTD.
## IN LIEU OF MEETING

The undersigned, being the Board of Directors of Sanitec, Ltd., a Delaware corporation ("the Company"), hereby unanimously adopt the following resolutions in lieu of a meeting:

### Appointment of Officers

RESOLVED, that the following are hereby appointed as officers of the Company, effective July 12, 2005:

| | |
|---|---|
| James Harkess | Chairman of the Board of Directors and President |
| Russell Firestone | Vice President and Secretary |
| Nord Sorenson | Vice President |

### General Authority

RESOLVED, that the officers of the Company be, and hereby are, authorized and directed to take any such action as may be deemed necessary and advisable in order to carry out the purpose and intent of the foregoing resolution and to carry on the business of the Company.

RESOLVED, that Jeffrey Weinsten, James H. Smith, and persons acting on their behalf have no connection with and not authorized to act on behalf of the Company.

### Ratification of Appointment of Counsel

RESOLVED, that the following counsel have been and are engaged to represent the Company:

Patton Boggs LLP
McDonald Hopkins Co., LPA
Weston Benshoof et al.

RESOLVED, that no other counsel is authorized to represent the Company in any pending litigation.

RESOLVED, that James Harkess is authorized to direct the actions of counsel for the Company in any litigation in which the Company is or may become a party.

RESOLVED, that the Company's counsel is hereby instructed to oppose any attempt to re-open the case captioned *Sanitec West v. Delloiacovo*, Civil Action No. 1:02-CV-01582 (N.D. Ohio) and to seek a final dismissal with prejudice of that action.

Oct 26 05 12:52p    Nord S. Sorense    909-769-9506    p.2

IN WITNESS WHEREOF, this written consent has been executed as of July 12, 2005.

_____
James Harkess

_____
Russell Firestone

_____
Nord Sorensen

#3879118

# EXHIBIT 28

**PATTON BOGGS** LLP
ATTORNEYS AT LAW

2550 M Street, NW
Washington, DC 20037-1350
202-457-6000

Facsimile 202-457-6315
www.pattonboggs.com

November 30, 2005

Richard J. Oparil
(202) 457-6496
roparil@pattonboggs.com

*By FedEx*

David L. Finger, Esq.
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155

Re:    *Sanitec Industries, Inc. v. Sanitec Worldwide, Ltd., et al.*

Dear Mr. Finger:

As you know, there have been allegations regarding the true ownership of defendant, Sanitec Worldwide, Ltd. ("Worldwide"), and Sanitec, Ltd.

It was undisputed that Windsor Holdings, LLC ("Windsor") owned 51% of Worldwide, which in turn owned all of the shares of Sanitec, Ltd. Thus, whoever owned and controlled Windsor indirectly owned and controlled Worldwide and Sanitec, Ltd. Patton Boggs has been taking its direction from James Harkess ("Harkess"), who asserted that he owned Windsor. Jeffrey Weinsten ("Weinsten"), a convicted felon, and James Smith ("Smith"), asserted that they, as trustees of a purported Windsor Trust, owned Windsor. Your firm, apparently taking direction from Weinsten and Smith, filed an appearance in this action as counsel for Worldwide as well as Weinsten and Smith individually.

Harkess initiated an action in Superior Court of Los Angeles County, California, captioned *Harkess v. Quinn, et al.*, No. 311681, seeking a declaration that he owned and controlled Windsor, and thus Worldwide and Sanitec, Ltd. A bench trial was held in the Spring of this year. On October 18, 2005, the Court entered final judgment declaring that Mr. Harkess – and not Messrs. Weinsten, Smith, Quinn, or the purported Windsor Trust – owns and controls Windsor. The Court also enjoined Weinsten, Smith, Quinn, and persons acting in concert with them from representing or claiming that they have any ownership interest in Windsor or its assets, specifically Worldwide and Sanitec, Ltd. (Ex. 1). Moreover, as a result of a settlement agreement (Ex. 2), the judgment is final.



PATTON BOGGS LLP
ATTORNEYS AT LAW

David L. Finger, Esq.
November 30, 2005
Page 2


Accordingly, the dispute about who owns Worldwide and Sanitec, Ltd. is over. Messrs. Weinsten, Smith, Quinn, and others acting in concert with them have been enjoined from asserting any ownership interest in Windsor and Windsor's assets, including Sanitec, Ltd. and Worldwide. Your firm is not authorized to represent Worldwide in this action. Attached is a copy of a written consent of Worldwide's Board of Directors confirming these facts. (Ex. 3). Please immediately file a motion to withdraw from representing Worldwide in this action.

Thank you for your prompt attention.

Very truly yours,

Richard J. Oparil

Enclosures

cc:  Richard D. Kirk, Esq.

# EXHIBIT 29


**PATTON BOGGS** LLP
ATTORNEYS AT LAW

2550 M Street, NW
Washington, DC 20037-1350
202-457-6000

Facsimile 202-457-6315
www.pattonboggs.com

December 1, 2005

Jennifer L. King
(202) 457-6506
jking@pattonboggs.com

*By Fax*

David L. Finger, Esq.
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE  19801-1155

Re:     *Sanitec Industries, Inc. v. Sanitec Worldwide, Ltd., et al.*

Dear Mr. Finger:

In Sanitec Worldwide, Ltd.'s October 5, 2005 Response To Plaintiff's First Request For The Production Of Documents And Things, Worldwide indicated that it would produce non-privileged responsive documents.  Worldwide has not yet produced any documents.

Moreover, Worldwide has not produced initial disclosures according to Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2, although they were due August 5, 2005.  (*See* Rule 16 Scheduling Order, Doc. No. 32).

Please let us know when we may expect to receive documents and initial disclosures.

Very truly yours,

Jennifer L. King

Confirmation Report — Memory Send

```
                                    Time    : 12-01-05  01:30pm
                                    Tel line : 2024576315
                                    Name    : PATTON BOGGS LLP
```

Job number        :   923

Date              :   12-01  01:29pm

To                :   913029841294--0229280101

Document pages    :   02

Start time        :   12-01  01:29pm

End time          :   12-01  01:30pm

Pages sent        :   02

Status            :   OK

Job number    : 923              *** SEND SUCCESSFUL ***

 **PATTON BOGGS** LLP
ATTORNEYS AT LAW

2550 M Street NW
Washington DC 20037
(202) 457-6000

Facsimile (202) 457-6315

| To: | David L. Finger, Esq. |
|---|---|
| Company: | Finger & Slanina, LLC |
| Fax Number: | (302) 984-1294 |
| Phone Number: | (302) 884-6766 |
| Total Pages Including Cover: | 2 |
| From: | Jennifer L. King |
| Sender's Direct Line: | (202) 457-6506 |
| Date: | December 1, 2005 |
| Client Number: | 022928.0101 |

Comments:

WASHINGTON DC

NORTHERN VIRGINIA

DALLAS

DENVER

ANCHORAGE

DOHA, QATAR

**Confidentiality Note:** The documents accompanying this facsimile contain information from the law firm of Patton Boggs LLP which is confidential and/or privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile is strictly prohibited, and that the documents should be returned to this Firm immediately. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.

If you did not receive all of the pages or find that they are illegible, please call (202) 457-6000.

# EXHIBIT 30

# Case Summary

Click here to access document images for this case.

**Case Number:** BC311681
JAMES HARKESS VS TERRENCE QUINN ET AL

**Filing Date:** 03/05/2004
**Case Type:** Declaratory Relief Only (General Jurisdiction)
**Status:** Judgment by Court 08/18/2005

**Cases Related:** BC330527 on 05/26/2005

**Cases Related:** BC330528 on 05/26/2005

---

**Future Hearings**

**03/02/2006** at 09:00 am in department 26 at 111 North Hill Street, Los Angeles, CA 90012
Status Conference (PRE HEARING FOR CONTEMPT**OFF CALENDAR**)

**03/06/2006** at 08:30 am in department 26 at 111 North Hill Street, Los Angeles, CA 90012
OSC re Contempt

---

Documents Filed | Proceeding Information

**Parties**

BABOS PETER - Defendant/Respondent

DILIBERTO MICHAEL R. - Mediator

HARKESS JAMES - Plaintiff and Cross-Defendant

HARTLEY MICHAEL J. - Atty for Plaintiff and Cross-Deft

HATHAWAY MARK M. ESQ. - Former Attorney for Deft & X-Comp

LEE TERRANCE - Defendant/Respondent's AKA

LINER YANKELEVITZ SUNSHINE & REGENSTREIF - Atty for Deft and Cross-Complnt

LYMAN TERESA - Defendant/Respondent

QUATKEMEYER WINDSON TRUST - Defendant/Respondent

QUINN TERRENCE - Defendant and Cross-Complainant

SMITH JAMES H. - Defendant/Respondent

WEINSTEIN JEFFREY - Defendant/Respondent

WINDSOR TRUST - Defendant

---

Case Information | Party Information | Proceeding Information

Click here to access document images for this case.

**Documents Filed** (Filing dates listed in descending order)

Click on any of the below link(s) to see documents filed on or before the date indicated:
07/21/2005   03/18/2005   09/10/2004

**01/27/2006** Ex-Parte Application (FOR CONTINUANCE OF CONTEMPT HEARING... )
Filed by Attorney for Respondent

**01/27/2006** Ex-Parte Application (FOR AN ORDER ALLOWING TELEPHONIC VIDEO TESTIMONY OF DAN MAKEE )
Filed by Attorney for Pltf/Petnr

**01/27/2006** Opposition Document (TO EX PARTE APPLICATION TO CONTINUE OSC HEARING )
Filed by Attorney for Pltf/Petnr

**01/27/2006** Declaration (OF SCOTT J. LEIPZIG IN SUPPORT OF EX PARTE )
Filed by Attorney for Pltf/Petnr

**01/27/2006** Notice of Ruling
Filed by Atty for Plaintiff and Cross-Deft

**01/26/2006** Substitution of Attorney
Filed by Attorney for Deft/Respnt

**01/24/2006** Notice (OF WITHDRAWAL OF CONTEMPT ALLEGATIONS AGAINST TERRANCE LEE QUATKEMEYER )
Filed by Attorney for Plaintiff/Petitioner

**01/23/2006** Miscellaneous-Other (contempt proceeding witness list )
Filed by Atty for Plaintiff and Cross-Deft

**01/20/2006** Notice (of failure to file opposition re: contempt )
Filed by Atty for Plaintiff and Cross-Deft

**01/17/2006** Declaration (of Terrance Lee Quatkemeyer )
Filed by Attorney for Deft/Respnt

**12/14/2005** Notice of Ruling
Filed by Atty for Plaintiff and Cross-Deft

**11/07/2005** Notice of Continuance (on appliation for OSC re contempt 12/14/05 )
Filed by Atty for Plaintiff and Cross-Deft

**11/02/2005** Notice of Continuance
Filed by Clerk

**10/26/2005** Ex-Parte Application (APPLICATION FOR AN ORDER TO SHOW CAUSE
RE: CONTEMPT )
Filed by Attorney for Pltf/Petnr

**10/26/2005** Declaration (OF LISA GILFORD RE: NOTICE OF EX PARTE )
Filed by Attorney for Pltf/Petnr

**10/26/2005** Declaration (OF JAMES HARKESS IN SUPPORT OF APPLICATION FOR
AN OSC RE: CONTEMP )
Filed by Attorney for Pltf/Petnr

**10/26/2005** Notice of Motion (for order to show cause re contemp )
Filed by Attorney for Pltf/Petnr

**10/26/2005** Proof of Service
Filed by Attorney for Pltf/Petnr

**10/26/2005** Request for Judicial Notice (FILED IN SUPPORT OF EX PARTE
APPLICATION )
Filed by Attorney for Pltf/Petnr

**10/26/2005** Declaration (OF MICHAEL J. HARTLEY FILED IN SUPPORT OF EX
PARTE )
Filed by Attorney for Pltf/Petnr

**10/24/2005** Notice (of entry of final judgment in favor of james harkess )
Filed by Atty for Plaintiff and Cross-Deft

**10/17/2005** Stipulation (AND ORDER RE: ENTRY OF FINAL JUDGMENT )
Filed by Attorney for Pltf/Petnr

**09/14/2005** Motion to Tax Costs
Filed by Attorney for Deft/Respnt

**09/02/2005** Notice (of etnry of order awarding costs )
Filed by Atty for Plaintiff and Cross-Deft

**08/30/2005** Order (AWARDING COSTS TO PREVAILING PARTY JAMES HARKESS
PURSUANT TO CCP 1032 AND 1034 )
Filed by Attorney for Pltf/Petnr

**08/25/2005** Memorandum of Costs ($60,971.41. COSTS ENTERED 9/14/05 MEMO
TO SCAN UNIT 9/14/05 NO COURT FILE )
Filed by Atty for Plaintiff and Cross-Deft

**08/22/2005** Notice (of statement of decision )
Filed by Atty for Plaintiff and Cross-Deft

**08/18/2005** Statement of Decision
Filed by Court

**08/18/2005** Judgment (IN FAVOR OF JAMES HARKESS )
Filed by Court

**08/09/2005** Reply/Response (to objection to notice of related cases )
Filed by Atty for Plaintiff and Cross-Deft

**07/26/2005** Opposition Document (and counter-proposal to objections to court
proposed statement of decision )
Filed by Atty for Plaintiff and Cross-Deft

**07/26/2005** Miscellaneous-Other (verification re trial exhibits 256 and 258 )
Filed by Attorney for Deft/Respnt

Click on any of the below link(s) to see documents filed on or before the date
indicated:
TOP   07/21/2005   03/18/2005   09/10/2004

**07/21/2005** Notice-Related Cases (with case number BC322202 )
Filed by Atty for Plaintiff and Cross-Deft

**07/21/2005** Objection (DEFTS OBJECTIONS TO COURTS PROPOSED STATEMENT
OF DECISION AND PROPOSALS )
Filed by Attorney for Deft/Respnt

**07/21/2005** Objection (TO COURT PROPSED STATEMENT OF DECISION AND
PROPOSALS )
Filed by Attorney for Deft/Respnt

**07/12/2005** Notice (of tentative ruling and proposed statement of decision )
Filed by Atty for Plaintiff and Cross-Deft

**07/11/2005** Miscellaneous-Other (TENTATIVE RULING AND PROPOSED
STATEMENT OF DECISION )
Filed by Clerk

**06/21/2005** Notice of Ruling
Filed by Atty for Plaintiff and Cross-Deft

**06/15/2005** Order (RE: MOTION FOR AN ORDER REQUIRING THAT
DEFENDANT/CORSS-COMPLAINANT RETURN INADVERTENTLY PRODUCED
PRIVILEDGED DOCUMENTS )
Filed by Attorney for Pltf/Petnr

**06/06/2005** Notice (of failure to file opposition )
Filed by Attorney for Pltf/Petnr

**06/01/2005** Notice (of court order re related cases )
Filed by Atty for Plaintiff and Cross-Deft

**04/27/2005** Notice-Related Cases (with case no. bc330528 and BC330527 )

Filed by Atty for Plaintiff and Cross-Deft

**04/21/2005** Declaration (of michael j. hartley )
Filed by Atty for Plaintiff and Cross-Deft

**04/21/2005** Motion for an Order (return advertently produced privileged documents )
Filed by Atty for Plaintiff and Cross-Deft

**04/21/2005** Brief (closing trial brief )
Filed by Atty for Plaintiff and Cross-Deft

**04/21/2005** Miscellaneous-Other (timeline )
Filed by Atty for Plaintiff and Cross-Deft

**04/21/2005** Brief (post trial )
Filed by Attorney for Deft/Respnt

**04/19/2005** Stipulation and Order (re: closing trial briefs )
Filed by Atty for Plaintiff and Cross-Deft

**04/05/2005** Objection Document (to request for judicial notice )
Filed by Attorney for Deft/Respnt

**04/04/2005** Proof of Service (re: personal service of amended request for judicial notice )
Filed by Atty for Plaintiff and Cross-Deft

**04/04/2005** Request for Judicial Notice (amended )
Filed by Atty for Plaintiff and Cross-Deft

**04/04/2005** List of Witnesses (updated joint )
Filed by Atty for Plaintiff and Cross-Deft

**04/01/2005** Miscellaneous-Other (amended designation of transcript of Donald Sallee )
Filed by Atty for Plaintiff and Cross-Deft

**04/01/2005** Miscellaneous-Other (amended designation of transcript of Mike Ward )
Filed by Atty for Plaintiff and Cross-Deft

**03/29/2005** Notice (of errata )
Filed by Atty for Plaintiff and Cross-Deft

**03/29/2005** Proof of Service
Filed by Atty for Plaintiff and Cross-Deft

**03/28/2005** Amended List of Exhibits
Filed by Attorney for Deft/Respnt

**03/28/2005** Notice of Lodging (DEPOSITIONS )
Filed by Attorney for Pltf/Petnr

**03/28/2005** List of Exhibits
Filed by Attorney for Pltf/Petnr

**03/28/2005** List of Witnesses
Filed by Attorney for Pltf/Petnr

**03/25/2005** Ex-Parte Application (FOR ORDER ALLOWING TELEPHONIC
TESTIMONY OF MARK RICHARDSON; )
Filed by Attorney for Pltf/Petnr

**03/25/2005** Brief (trial )
Filed by Attorney for Deft/Respnt

**03/25/2005** Brief (trial )
Filed by Atty for Plaintiff and Cross-Deft

**03/25/2005** Declaration (of personal prf of svc of trial brief )
Filed by Atty for Plaintiff and Cross-Deft

**03/25/2005** Declaration (OF SCOTT SEIPZIG )
Filed by Attorney for Pltf/Petnr

**03/25/2005** Notice of Lodging
Filed by Atty for Plaintiff and Cross-Deft

**03/24/2005** Notice (of withdrawal of designation of transcript of Barbara L.
Sager )
Filed by Atty for Plaintiff and Cross-Deft

**03/23/2005** Motion in Limine
Filed by Attorney for Deft/Respnt

**03/22/2005** List of Exhibits
Filed by Atty for Plaintiff and Cross-Deft

**03/22/2005** List of Witnesses
Filed by Atty for Plaintiff and Cross-Deft

**03/22/2005** List of Witnesses
Filed by Attorney for Deft/Respnt

**03/22/2005** List of Exhibits
Filed by Attorney for Deft/Respnt

**03/21/2005** Reply/Response (brief in support of motion in limine )
Filed by Atty for Plaintiff and Cross-Deft

**03/21/2005** Notice (of withdrawal of pltiffs motion in limine to exclude evidence )
Filed by Atty for Plaintiff and Cross-Deft

**03/21/2005** Notice (of entry of stipulation and order re continuance of final status
conf. by one day to 3/23/05 )
Filed by Atty for Plaintiff and Cross-Deft

Click on any of the below link(s) to see documents filed on or before the date indicated:
TOP   07/21/2005   03/18/2005   09/10/2004

**03/18/2005** Stipulation and Order (re: continuance of final status conf. by one day to 3/23/05 )
Filed by Atty for Plaintiff and Cross-Deft

**03/18/2005** Opposition Document (to motion to exclude attorney Peter Babos from courtroom aT trial )
Filed by Attorney for Deft/Respnt

**03/18/2005** Miscellaneous-Other (designation of transcript of Mike Ward )
Filed by Atty for Plaintiff and Cross-Deft

**03/18/2005** Miscellaneous-Other (designation of transcript of Donald Sallee )
Filed by Atty for Plaintiff and Cross-Deft

**03/18/2005** Miscellaneous-Other (designation of the transcript of Barbara L. Sager )
Filed by Atty for Plaintiff and Cross-Deft

**03/15/2005** Ex-Parte Application (FOR SHORT CONTINUANCE OF TRIAL )
Filed by Attorney for Deft/Respnt

**03/15/2005** Motion to Compel (NOTICE TO COMPEL ATTENDANCE OF CROSS-COMPLAINANT JEFFREY J. WEINSTEN AT TRIAL )
Filed by Atty for Plaintiff and Cross-Deft

**03/15/2005** Motion to Compel (NOTICE TO COMPEL ATTENDANCE OF CROSS-COMPLAINANT JAMES H. SMITH AT TRIAL )
Filed by Atty for Plaintiff and Cross-Deft

**03/15/2005** Motion to Compel (NOTICE TO COMPEL ATTENDANCE OF DEFT & X-COMPL. TERRENCE QUINN AKA TERRANCE LEE QUATKEMEYER AT TRIAL )
Filed by Atty for Plaintiff and Cross-Deft

**03/14/2005** Notice of Ruling
Filed by Atty for Plaintiff and Cross-Deft

**03/14/2005** Proof of Service
Filed by Atty for Plaintiff and Cross-Deft

**03/14/2005** Ex-Parte Application (for an order to shorten time for notice and hearing on motion in limine )
Filed by Attorney for Pltf/Petnr

**03/14/2005** Order (granting ex parte application )
Filed by Attorney for Pltf/Petnr

**03/14/2005** Motion in Limine
Filed by Atty for Plaintiff and Cross-Deft

**03/09/2005** Stipulation and Order (re deposition of Terrance Quinn OSC re failure to attend depositio )
Filed by Atty for Plaintiff and Cross-Deft

**02/07/2005** Answer to Second Amended Complaint
Filed by Attorney for Deft/Respnt

**01/05/2005** Proof of Service
Filed by Atty for Plaintiff and Cross-Deft

**01/05/2005** Notice of Ruling
Filed by Atty for Plaintiff and Cross-Deft

**01/05/2005** Second Amended Complaint
Filed by Atty for Plaintiff and Cross-Deft

**01/04/2005** Order (GRANTING MOTION TO CONTINUE TRIAL DATE AND FOR PROTECTIVE ORDER; )
Filed by Attorney for Plaintiff/Petitioner

**01/04/2005** Miscellaneous-Other (CIVIL DEPOSIT; TRIAL CONTINUANCE FEE; )
Filed by Attorney for Plaintiff/Petitioner

**12/30/2004** Reply/Response (brief in support of motion to continue trial )
Filed by Atty for Plaintiff and Cross-Deft

**12/30/2004** Reply/Response (breif in support of motion for leave )
Filed by Atty for Plaintiff and Cross-Deft

**12/30/2004** Reply/Response (to memorandum of P & A's in opposition to motion to comple )
Filed by Attorney for Deft/Respnt

**12/28/2004** Opposition Points & Authorities (motion to compel )
Filed by Atty for Plaintiff and Cross-Deft

**12/28/2004** Opposition Document (to motion to file third amended complaint )
Filed by Attorney for Deft/Respnt

**12/28/2004** Opposition Document (to motion to continucance of trial and protective order )
Filed by Attorney for Deft/Respnt

**12/21/2004** Ex-parte Request for Order
Filed by Attorney for Deft/Respnt

**12/21/2004** Proof of Service (re: personal service )
Filed by Atty for Plaintiff and Cross-Deft

**12/21/2004** Notice of Motion (to amend complaint )
Filed by Atty for Plaintiff and Cross-Deft

**12/21/2004** Declaration (in support of ex parte )

Filed by Plaintiff and Cross-Defendant

**12/21/2004** Ex-parte Request for Order
Filed by Attorney for Pltf/Petnr

**12/21/2004** Notice of Motion (to continue trial date )
Filed by Atty for Plaintiff and Cross-Deft

**12/21/2004** Declaration (of Michael J. Hartley )
Filed by Atty for Plaintiff and Cross-Deft

**11/18/2004** Notice of Ruling
Filed by Atty for Plaintiff and Cross-Deft

**11/03/2004** Notice of Ruling
Filed by Atty for Plaintiff and Cross-Deft

**10/27/2004** Notice of Ruling
Filed by Atty for Plaintiff and Cross-Deft

**10/22/2004** Statement-Non-Agreement
Filed by Mediator

**10/20/2004** Opposition Document (TO MOTION TO COMPEL PRODUCTION OF
DOCUMENTS AND ADEQUATE INTERROGATORY RESPONSES )
Filed by Attorney for Deft/Respnt

**10/05/2004** Motion to Compel
Filed by Atty for Plaintiff and Cross-Deft

**10/05/2004** Proof of Service (re: personal service )
Filed by Atty for Plaintiff and Cross-Deft

**10/05/2004** Declaration (of Michael J. Hartley )
Filed by Atty for Plaintiff and Cross-Deft

**09/27/2004** Objection Document (to ntc of related cases bc 315338 )
Filed by Attorney for Pltf/Petnr

**09/24/2004** Notice-Related Cases (with case no. BC315338 )
Filed by Attorney for Deft/Respnt

**09/16/2004** Notice (OF ORDER DENYING MOTION TO DIS- QUALIFY COUNSEL )
Filed by Attorney for Defendant/Respondent

**09/14/2004** Declaration (of Terrance Quinn and Mark M. Hathaway, Esq )
Filed by Attorney for Deft/Respnt

**09/14/2004** Objection Document (to declaration of Terrance Quinn and Mark M.
Hathawar, Esq )
Filed by Attorney for Pltf/Petnr

Click on any of the below link(s) to see documents filed on or before the date

indicated:
TOP   07/21/2005   03/18/2005   09/10/2004

**09/10/2004** Objection Document (to evidence proffered in motion to disqualify )
Filed by Attorney for Deft/Respnt

**09/07/2004** Opposition Document (to motion to disqualify counsel for deft Quinn )
Filed by Attorney for Deft/Respnt

**08/20/2004** Answer to Cross-Complaint
Filed by Atty for Plaintiff and Cross-Deft

**08/06/2004** Notice (of unavailable )
Filed by Attorney for Deft/Respnt

**08/05/2004** Notice of Continuance (motion to disqualify counsel )
Filed by Attorney for Pltf/Petnr

**08/03/2004** Notice of Motion (to disqualify counsel for deft Quinn )
Filed by Attorney for Pltf/Petnr

**08/03/2004** Declaration (of James Harkess )
Filed by Attorney for Pltf/Petnr

**08/03/2004** Request for Judicial Notice
Filed by Attorney for Pltf/Petnr

**08/03/2004** Declaration (of Michael J. Hartley )
Filed by Attorney for Pltf/Petnr

**07/26/2004** Notice-Assignment-Mediator
Filed by ADR Clerk

**07/20/2004** Cross-complaint
Filed by Atty for Deft and Cross-Complnt

**07/07/2004** Statement-Case Management
Filed by Attorney for Deft/Respnt

**07/06/2004** Statement-Case Management
Filed by Attorney for Pltf/Petnr

**06/18/2004** Notice (of case management conf. 7/21/04 )
Filed by Attorney for Pltf/Petnr

**06/16/2004** Answer to Complaint
Filed by Attorney for Deft/Respnt

**05/18/2004** Notice-Case Management Conference
Filed by Clerk

**05/14/2004** Notice (of taking OSC failure to file prf of svc off calendar )

Filed by Attorney for Pltf/Petnr

**05/10/2004** Ord to Show Cause (Ntc to Appear)
Filed by Clerk

**05/10/2004** Proof-Service/Summons
Filed by Attorney for Pltf/Petnr

**05/10/2004** Summons Filed
Filed by Attorney for Pltf/Petnr

**05/04/2004** Ord to Show Cause (Ntc to Appear)
Filed by Clerk

**04/27/2004** First Amended Complaint (FOR DECLARATORY RELIEF; )
Filed by Attorney for Plaintiff/Petitioner

**03/05/2004** Complaint

**09/10/2001** Reply/Response (breif in support of motion to disqualify counsel )
Filed by Attorney for Pltf/Petnr

Click on any of the below link(s) to see documents filed on or before the date
indicated:
TOP   07/21/2005   03/18/2005   09/10/2004

---

Case Information | Party Information | Documents Filed

**Proceedings Held** (Proceeding dates listed in descending order)

Click on any of the below link(s) to see proceedings held on or before the date
indicated:
3/22/2005

**01/30/2006** at 08:30 am in Department 26, James R. Dunn, Presiding
OSC re Contempt - **Matter continued**

**01/27/2006** at 08:30 am in Department 26, James R. Dunn, Presiding
Exparte proceeding - **Court makes order**

**12/14/2005** at 08:30 am in Department 26, James R. Dunn, Presiding
Status Conference (RE: POSSIBLE SETTING OF OSC RECONTEMPT;*EX PARTE
APPLICATION FOR CONTEMPT) - **Trial Date Set**

**11/14/2005** at 08:30 am in Department 26, James R. Dunn, Presiding
Status Hearing (RE: POSSIBLE SETTING ON OSC RE:CONTEMPT) - **Not Held-
Continued**

**10/27/2005** at 08:35 am in Department 26, James R. Dunn, Presiding
Motion to Tax Costs - **Off Calendar**

**10/26/2005** at 08:30 am in Department 26, James R. Dunn, Presiding

Exparte proceeding - **Court makes order**

**10/18/2005** at 08:35 am in Department 26, James R. Dunn, Presiding
Motion to Tax Costs - **Matter continued**

**08/18/2005** at 03:00 pm in Department 26, James R. Dunn, Presiding
Court Order - **Court makes order**

**07/11/2005** in Department 26, James R. Dunn, Presiding
Court Order - **Completed**

**06/13/2005** at 08:35 am in Department 26, James R. Dunn, Presiding
Motion for an Order - **Granted**

**05/26/2005** at 03:00 pm in Department 26, James R. Dunn, Presiding
Court Order - **Court makes order**

**04/15/2005** at 08:30 am in Department 26, James R. Dunn, Presiding
Court Order - **Completed**

**04/07/2005** at 09:00 am in Department 26, James R. Dunn, Presiding
Court Trial - Long Cause - **Submitted**

**04/06/2005** at 09:30 am in Department 26, James R. Dunn, Presiding
Court Trial - Long Cause - **Full Day of Trial Held**

**04/05/2005** at 09:30 am in Department 26, James R. Dunn, Presiding
Court Trial - Long Cause - **Full Day of Trial Held**

**04/04/2005** at 09:30 am in Department 26, James R. Dunn, Presiding
Court Trial - Long Cause - **Full Day of Trial Held**

**03/30/2005** at 10:30 am in Department 26, James R. Dunn, Presiding
Court Trial - Long Cause - **Full Day of Trial Held**

**03/30/2005** at 09:00 am in Department 26, James R. Dunn, Presiding
Non-Appearance (Case Review) - **Completed**

**03/29/2005** at 08:30 am in Department 26, James R. Dunn, Presiding
Court Trial - Long Cause - **Full Day of Trial Held**

**03/28/2005** at 10:00 am in Department 26, James R. Dunn, Presiding
Court Trial - Long Cause - **Full Day of Trial Held**

**03/25/2005** at 08:30 am in Department 26, James R. Dunn, Presiding
Exparte proceeding - **Off Calendar**

Click on any of the below link(s) to see proceedings held on or before the date
indicated:
TOP   3/22/2005

**03/22/2005** at 09:00 am in Department 26, James R. Dunn, Presiding
Final Status Conference - **Matter continued**

**03/16/2005** at 08:30 am in Department 26, James R. Dunn, Presiding
Order to Show Cause - **Matter continued**

**03/15/2005** at 08:30 am in Department 26, James R. Dunn, Presiding
Exparte proceeding - **Denied**

**03/14/2005** at 08:30 am in Department 26, James R. Dunn, Presiding
Exparte proceeding - **Granted**

**01/04/2005** at 08:30 am in Department 26, James R. Dunn, Presiding
Motion for an Order - **Completed**

**12/21/2004** at 08:30 am in Department 42, ELIHU M. BERLE, Presiding
Exparte proceeding - **Granted**

**11/10/2004** at 10:00 am in Department 26, James R. Dunn, Presiding
Non-Appearance (Case Review) - **Court makes order**

**11/05/2004** at 09:00 am in Department 26, James R. Dunn, Presiding
Non-Appearance (Case Review) - **Completed**

**11/01/2004** at 02:00 pm in Department 26, James R. Dunn, Presiding
Non-Appearance (Case Review) - **Completed**

**10/29/2004** at 08:30 am in Department 26, James R. Dunn, Presiding
Conference-Post Mediation Status - **No appearance(s), off calendar**

**10/26/2004** at 09:30 am in Department ADRO, ADR Hearing Officer, Presiding
Closed-ADR (10-18-04MICHAEL R. DILIBERTO, MEDIATOR) - **Statement-Non-Agreement**

**10/26/2004** at 08:35 am in Department 26, James R. Dunn, Presiding
Motion to Compel - **Granted in Part**

**10/01/2004** at 08:30 am in Department 26, James R. Dunn, Presiding
Court Order - **Completed**

**09/15/2004** at 08:35 am in Department 26, James R. Dunn, Presiding
Motion Hearing (TO DISQUALIFY COUNSEL) - **Motion Denied**

**09/02/2004** at 08:35 am in Department 26, James R. Dunn, Presiding
Motion Hearing (TO DISQUALIFY COUNSEL;) - **Matter continued**

**07/21/2004** at 08:30 am in Department 26, James R. Dunn, Presiding
Conference-Case Management - **Proceeding continued**

**06/07/2004** at 08:40 am in Department 26, James R. Dunn, Presiding
OSC - No Return of Service - **Off Calendar**

Click on any of the below link(s) to see proceedings held on or before the date
indicated:
TOP   3/22/2005

Case Information  |  Party Information  |  Documents Filed  |  Proceeding Information

# EXHIBIT 31

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SANITEC INDUSTRIES, INC.,          )
                                   )
                Plaintiff,         )
                                   )
        v.                         )  Civil Action No. 04-1386-JJF
                                   )
SANITEC WORLDWIDE, LTD.,           )
                                   )
                Defendant.         )

## DECLARATION OF RICHARD J. OPARIL

Richard J. Oparil deposes and says:

1.      I am a counsel for the plaintiff in this action, Sanitec Industries, Inc. ("Industries"), and a member of the District of Columbia and New York Bars. I make this declaration in connection with Industries' motion for voluntary dismissal of this action against defendant, Sanitec Worldwide, Ltd. ("Worldwide").

2.      I have personal knowledge of the facts set forth herein and could competently testify if required to do so.

3.      Worldwide has never provided its initial disclosures to Industries. In addition, Worldwide did not respond to Industries' requests for admission and interrogatories served by hand on November 15, 2005 (D.I. 34; Exs. 1-2). Nor did Worldwide produce any documents responsive to Industries' requests.

4.      On December 1, 2005, Industries' counsel wrote to Worldwide's counsel, David L. Finger, Esq. ("Finger"), reminding him that he had not served Worldwide's initial disclosures or produced any responsive documents. (Ex. 29 to accompanying memorandum). No response to that letter was ever received.

5.      James Harkess ("Harkess") is an officer and director of Industries.

6.  In other litigation involving the Sanitec technology and intellectual property, including in the U.S. District Court for the Northern District of Ohio, disputes arose in 2003 as to the true ownership of Worldwide and Sanitec, Ltd.

7.  On December 14, 2005, the Superior Court of Los Angeles County, California, in *Harkess v. Quinn, et al.*, No. 311681, issued an Order to Show Cause why Jeffrey Weinsten and James Smith (former defendants in this action) should not be held in contempt for violating that Court's prior judgment enjoining them from representing that they had any interest in Windsor, Worldwide or Sanitec, Ltd. (Ex. 23). The contempt proceeding is pending.

8.  On November 30, 2005, I wrote to Mr. Finger to inform him of the outcome of the above captioned California case, to provide him with copies of the relevant judicial findings and the settlement agreement in that case, and to discharge him as Worldwide's counsel and to demand that he withdraw from representing Worldwide. (Ex. 28). Mr. Finger has neither replied to the letter nor moved to withdraw.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: March 2, 2006

Richard J. Oparil

#3928560

- 2 -

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on March 2, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following

> David L. Finger, Esq.
> Finger & Slanina
> One Commerce Center
> 1201 Orange Street, Suite 725
> Wilmington, DE 19801

The undersigned further certifies that copies of the foregoing were sent to the above counsel by hand on March 2, 2006.

/s/ Richard D. Kirk (#922)