UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANITEC INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1386-JJF |
| | ) |
| SANITEC WORLDWIDE, LTD., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S REPLY MEMORANDUM
IN SUPPORT OF ITS
<u>MOTION FOR VOLUNTARY DISMISSAL</u>**

Richard D. Kirk (Bar ID #922)
THE BAYARD FIRM
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801
(302) 655-5000

*Attorneys for Plaintiff Sanitec Industries, Inc.*

*Of Counsel:*

Richard J. Oparil
Jennifer L. King
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000

March 22, 2006

## ARGUMENT

For the reasons set forth in its memorandum in support and exhibits (D.I. 36-37), the motion to voluntarily dismiss this action filed by plaintiff, Sanitec Industries, Inc. ("Industries"), against defendant, Sanitec Worldwide, Ltd. ("Worldwide"), without prejudice, should be granted. The record is clear that two former defendants here, Jeffrey J. Weinsten ("Weinsten") and James H. Smith ("Smith"), have no ownership interest in Worldwide and have been enjoined from asserting any such interest. Based on the final decision by the California Superior Court and the record described in Industries' motion, James Harkess ("Harkess"), Industries' director, officer and shareholder, indirectly owns and controls Worldwide. Thus, there is no need to continue this action.

The answering brief (D.I. 38) filed by David L. Finger, purportedly on behalf of Worldwide, presents no reason to deny Industries' motion.[1]

## CONCLUSION

For all the foregoing reasons, Industries' motion to dismiss this action against Worldwide without prejudice should be granted.

March 22, 2006              THE BAYARD FIRM

                            /s/ Richard D. Kirk (rk0922)
                            222 Delaware Avenue, 9th Floor
                            Wilmington, DE 19801
                            (302) 655-5000
                            *Attorneys for Plaintiff Sanitec Industries, Inc.*

---

[1] Despite his termination as counsel for Worldwide, Mr. Finger continues to purportedly act on behalf of Worldwide. However, the answering brief makes clear that he is in reality acting for Weinsten, who continues to assert an interest in Worldwide.

620921v1

- 2 -

*Of Counsel:*

Richard J. Oparil
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
(202) 457-6315 (fax)

Jennifer L. King
PATTON BOGGS LLP
8484 Westpark Drive
McLean, VA 22102
(703) 744-8000
(703) 744-8001 (fax)

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that, on March 22, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

>David L. Finger, Esq.
>Finger & Slanina
>One Commerce Center
>1201 Orange Street, Suite 725
>Wilmington, DE 19801

The undersigned further certifies that a copy of the foregoing was sent to the above counsel by hand on March 22, 2006.

/s/ Richard D. Kirk (#922)

572437v1