UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANITEC INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1386-JJF |
| | ) | |
| SANITEC WORLDWIDE, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT OR HEARING

Plaintiff Sanitec Industries, Inc. ("Industries") hereby requests oral argument pursuant to Local Rule 7.1.4 on its Motion to Dismiss [D.I. 35]. Briefing has been completed. See D.I. 36, D.I. 37, D.I. 38 and D.I. 39.

March 27, 2006                    THE BAYARD FIRM

                                  /s/ Richard D. Kirk (rk0922)
                                  222 Delaware Avenue, 9th Floor
                                  Wilmington, DE 19801
                                  (302) 655-5000
                                  rkirk@bayardfirm.com
                                  *Attorneys for Plaintiff Sanitec Industries, Inc.*

*Of Counsel:*                     and

Richard J. Oparil                 Jennifer L. King
PATTON BOGGS LLP                  PATTON BOGGS LLP
2550 M Street, NW                 8484 Westpark Drive
Washington, DC 20037              McLean, VA 22102
(202) 457-6000                    (703) 744-8000

619114v1