## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that, on March 27, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

>David L. Finger, Esq.
>Finger & Slanina
>One Commerce Center
>1201 Orange Street, Suite 725
>Wilmington, DE 19801

The undersigned further certifies that a copy of the foregoing will be sent to the above counsel by hand on March 28, 2006.

/s/ Richard D. Kirk (#922)

572437v1