IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SANITEC INDUSTRIES, INC.,       :
                                :
        Plaintiff,              :
                                :
    v.                          :       Civil Action No. 04-1386-JJF
                                :
SANITEC WORLDWIDE, LTD.,        :
                                :
        Defendant.              :

## ORDER

At Wilmington, this ___3___ day of April 2006, for the reasons

set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1.  Plaintiff's Motion For Voluntary Dismissal (D.I. 35) is

    **GRANTED**.

2.  This action is **DISMISSED WITHOUT PREJUDICE**.


_____
UNITED STATES DISTRICT JUDGE