REPORT ON THE FILING OR DETERMINATION OF AN
ACTION REGARDING A PATENT OR TRADEMARK

TO: Commissioner of Patents and Trademarks
Washington, D.C. 20231

In compliance with 35:290 and/or 15 U.S.C. 1116 you are hereby advised that a court action has been filed on the following patent(s)/trademarks in the U.S. District Court:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| CA 04-1386 | 10/25/04 | District of Delaware |

| PLAINTIFF | DEFENDANT |
|---|---|
| Sanitec Industries | Sanitec Worldwide |

| PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  5,270,000 | 12/14/93 | ABB Sanitec Inc. |

In the above-entitled case, the following patent(s) have been included:

DATE INCLUDED        INCLUDED BY
                     [ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading

PATENT/TRADEMARK NO.   DATE OF PATENT/TRADEMARK   HOLDER OF PATENT OR TRADEMARK
1
2
3
4
5

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT

*See attached*

CLERK                              (BY) DEPUTY CLERK           DATE
PETER T. DALLEO, CLERK             Anita Colton    7/11/06     10/26/04